**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cv-25960-PCH**

HUSSAM MOHAMMAD ABUEL-HAWA,

     Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of
Homeland Security, in her official capacity;
TODD LYONS, Acting Director and Senior Official
Performing the Duties of the Director of ICE, in his
official capacity; GARRETT RIPA, Field Office
Director for ICE ERO Miami, in his official
capacity; Warden of the Krome North Service
Processing Facility, in his/her official capacity, U.S.
Department of Homeland Security; and U.S.
Immigration and Customs Enforcement,

     Respondents.

_____/

## **ORDER DENYING EMERGENCY MOTION**

THIS CAUSE is before the Court on Petitioner Hussam Mohammad Abuel-Hawa's

Emergency Motion for Temporary Restraining Order **[ECF No. 9]** (the "Motion). The Court has

considered the Motion and Respondents' Response [ECF No. 12] and is otherwise fully advised

in the premises.

In the Motion, Petitioner raises issues that are duplicative of those presented in his Petition

for Writ of Habeas Corpus [ECF No. 1], which the Court denied on March 3, 2026 [ECF No. 13].

To the extent the Motion raises any additional issues, Respondents have filed a thorough response

addressing the merits of those claims [ECF No. 12]. Petitioner did not file a reply, thereby

conceding the validity of Respondents' arguments. *ABM Ent. Worldwide, Inc. v. Felix*, No. 24-cv-

25095, 2025 WL 1191122, at * 1 (S.D. Fla. Mar. 26, 2025) ("The Court may view Defendant's

failure to respond to Plaintiff's arguments as a concession."); *Broton v. Walmart, Inc.*, No. 24-cv-60139, 2024 WL 3935688, at *1 n.1 (S.D. Fla. Aug. 26, 2024) (stating that, although replies are not mandatory, failure to file a reply constituted a concession of counterargument's persuasiveness). Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED**.

DONE AND ORDERED in Miami, Florida, on March 24, 2026.

_____

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

2