**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:25-cv-25960-PCH**

**CLOSED CIVIL CASE**

HUSSAM MOHAMMAD ABUEL-HAWA,

Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director and Senior Official Performing the Duties of the Director of ICE, in his official capacity; GARRETT RIPA, Field Office Director for ICE ERO Miami, in his official capacity; Warden of the Krome North Service Processing Facility, in his/her official capacity, U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement,

Respondents.
_______________________________________/

## ORDER

**THIS MATTER** is before the Court sua sponte. On March 3, 2026, the Court entered its Order Denying Plaintiff's Petition for Writ of Habeas Corpus **[ECF No. 13]**. Having considered the record and the applicable law and being otherwise fully advised of the premises, it is

**ORDERED AND ADJUGED** that the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 14th day of October, 2026.

Paul C. Huck
United States District Judge

Copies provided to:

All counsel of record